**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **In re:** | : | **Chapter 7** |
|  | : |  |
| **MATTHEW A. MYERS,** | : | **Case No. 23-10352-PMM** |
|  | : |  |
| **Debtor.** | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Nicholas Poduslenko, Esquire, attorney for Obermayer Rebmann Maxwell & Hippel LLP, hereby certify that on February 9, 2023, a true and correct copy of the Notice of Appearance and Request for Service of Papers in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

*/s/ Nicholas Poduslenko*
Nicholas Poduslenko, Esquire

4874-8364-9360 v1-2/9/23

## **SERVICE LIST**

BARRY A. SOLODKY, ESQ. as counsel for Debtor, Matthew A. Myers
BSO@saxtonstump.com

Matthew A. Myers
204 S. Brookfield Lane
New Holland, PA 17557

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

GARY F. SEITZ, Chapter 7 Trustee
gseitz@gsbblaw.com

SUSAN P. PEIPHER, on behalf of Bank of Bird-in-Hand
spp@blakingerthomas.com

Synchrony Bank c/o PRA Receivables Management, LLC
claims@recoverycorp.com